UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> LESTER JON RUSTON, ) <br> ) <br> Defendant. ) | CRIMINAL ACTION NO. <br><br> 3:04-CR-191-G |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED.**

November 25, 2008.

                                     *C. Joe Fish*
                                     A. JOE FISH
                                     Senior United States District Judge